## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL CANTZ** | : | |
|     Petitioner | : | Civil Action No. 1:14-cv-2424 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **WARDEN OF FCI-SCHUYLKILL** | : | (Magistrate Judge Schwab) |
|     Respondent | : | |

### ORDER

Before the Court in the above-captioned action is a August 17, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed. **ACCORDINGLY**, this 7th day of December, 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

    1) The Court adopts the Report and Recommendation (Doc. No. 15) of Magistrate Judge Schwab.

    2) The Petition for Writ of Habeas Corpus (Doc. No. 1), filed pursuant to 28 U.S.C. §2241, is **DENIED**.

    3) The Clerk of Court shall **CLOSE** this case.

 

                                             *S/ Yvette Kane*
                                             YVETTE KANE, District Judge
                                             United States District Court
                                             Middle District of Pennsylvania